

# CONTRACTOR AGREEMENT

Owner-supplied materials. Repair of concealed underground utilities not located on prints or physically staked out by Owner which are damaged during construction. Surveying that may be required to establish accurate property boundaries for setback purposes (fences and old stakes may not be located on actual property lines). Final construction cleaning (Contractor will leave site in "broom swept" condition). Landscaping and irrigation work of any kind. Temporary sanitation, power, or fencing. Removal of soils under house in order to obtain 18 inches (or code-required height) of clear space between bottom of joists and soil. Removal of filled ground or rock or any other materials not removable by ordinary hand tools (unless heavy equipment is specified in Scope of Work section above), Correction of existing out-of-plumb or out-of-level conditions in existing structure. Correction of concealed substandard framing. Rerouting/removal of vents, pipes, ducts, structural members, wiring or conduits, steel mesh which may be discovered in the removal of walls or the cutting of openings in walls. Removal and replacement of existing rot or insect infestation. Failure of surrounding part of existing structure, despite Contractor's good faith efforts to minimize damage, such as plaster or drywall cracking and popped nails in adjacent rooms or blockage of pipes or plumbing fixtures caused by loosened rust within pipes. Construction of a continuously level foundation around structure (if lot is sloped more than 6 inches from front to back or side to side, Contractor will step the foundation in accordance with the slope of the lot). Exact matching of existing finishes. Public or private utility connection fees. Repair of damage to roadways, driveways, or sidewalks that could occur when construction equipment and vehicles are being used in the normal course of construction. Cost of correcting errors and omissions by the Owner's design professionals and separate contractors. Cost of correcting/testing/remediating mold/fungus/mildew and organic pathogens unless caused by the sole and active negligence of Contractor as a direct result of a construction defect that caused sudden and significant water infiltration into a part of the structure. Cost of removing ponding ground water or other unusual concealed site conditions during excavation. Extra costs associated with refusal of caisson drilling, cave-ins, etc. Cost to modify and/or remanufacture custom brackets and other custom-fabricated materials that are manufactured per plans and/or specifications but do not fit properly into the structure.

i. **MATCHING EXISTING FINISHES:** Contractor will use his best efforts to match existing finishes and materials. However, an exact match is not guaranteed by Contractor due to such factors as discoloration from aging, a difference in dye lots, discontinuation of product lines, and the difficulty of exactly matching certain finishes, colors, and planes.

Custom milling of materials has not been included in this Agreement, unless specifically stated in the Scope of Work section above. Unless custom milling of materials is specifically called out in the plans, specifications, or Scope of Work description above, any material not readily available at local lumberyards or suppliers is not included in this Agreement.

If Owner requires an exact match of materials or textures in a particular area, Owner must inform Contractor of this requirement in writing within 7 days of signing this Agreement.



## CONTRACTOR AGREEMENT

Contractor will then provide Owner with either a materials sample or a test patch prior to the commencement of work involving the matching of existing finishes.

Owner must then approve or disapprove of the suitability of the match within 24 hours. After that time, or after Contractor has provided Owner with two or more test patches that have been rejected by Owner, all further test patches, materials submittals, or any removal and replacement of materials already installed in accordance with the terms of this section will be performed strictly as Extra Work on a time-and-materials basis by Contractor.

j. **CONTROL AND DIRECTION OF EMPLOYEES AND SUBCONTRACTORS:** Contractor, or his appointed Supervisor, shall be the sole supervisor of Contractor's Employees and subcontractors. Owner must not order or request Contractor's Employees or subcontractors to make changes in the work. Any such "agreements" made in a manner that is not consistent with this paragraph shall not be enforceable against the Contractor. All changes in the work are to be first discussed with Contractor and then performed according to the Change Order process as set forth in this Agreement.

k. **OWNER COORDINATION WITH CONTRACTOR:** Owner agrees to promptly furnish Contractor with all details and decisions about unspecified construction finishes, and to consent to or deny changes in the Scope of Work that may arise so as not to delay the progress of the Work. The cost of any delays in furnishing design decisions after construction has commenced will increase the contract amount consistent with any additional costs incurred by Contractor. Delays in furnishing design decisions after construction has commenced will also increase the contract time. Owner agrees to furnish Contractor with continual access to the job site.

l. **EXCESS MATERIALS:** ~~Any materials left over upon completion of the Residence shall be deemed to be Contractor's property. Contractor may enter upon the premises to remove excess material(s) at all reasonable hours.~~

m. **PERSONAL PROPERTY:** Any and all personal property of Owner that is in or near a work area is the responsibility of such Owner and Contractor is not responsible for any damage to or the monetary or replacement value of said personal property, and agrees to indemnify, defend and hold Contractor harmless from any claims related to stolen, damaged or destroyed personal property.

n. **CLEAN UP:** Contractor will leave the job broom clean each day and trash will be hauled away as needed (when an onsite dump trailer may be filled). At the end of the project, all trash and materials not used on the job will be removed. Owner is responsible for final cleaning including, but not limited to, dusting, cleaning of fixtures, wiping and cleaning cabinets, floor sweeping or mopping, cleaning of any dust or dirt that may have blown through the house, cleaning or changing filters in the heating and cooling system, cleaning of the HVAC itself, windows, drapes, window treatments, etc. Contractor will make every effort to limit dust and debris to the work area, but by no means will it guarantee there will not be dirt or dust that may filter into those areas of the Residence where construction is not occurring.

o. **PARKING:** Parking of vehicles will be in Owner's drive or in front of Owner's Residence. It is Owner's responsibility to provide neighbors with notice of any inconvenience.

p. **SIGNS:** Owner agrees to allow Contractor to place a sign from Contractor on Owner's Premises. No other sign will be permitted during construction and for a period of 30 days following completion of construction (with the exception of a real estate sign).



q. **DRIVEWAY/SIDEWALKS/ACCESS:** Owner hereby expressly and unconditionally allows Contractor and its materialmen and subcontractors, the right to drive over driveways and sidewalks with their trucks, backhoe, concrete trucks, delivery trucks, etc. Unfortunately, this may result in cracks or other damage. If this does occur, Contractor will have it repaired at Owner's expense. Contractor does not guarantee/warranty against cracks and/or other defects. In the event these conditions do occur, the repair will be done as a change order to the Contract. If access to a Residence involves crossing over (or partially crossing over) another property, it is the Owner's responsibility to obtain written permission from the Property owner to allow for such access. Owner hereby agrees to pay for any grounds or landscaping repairs that may be needed, and agrees to indemnify, defend and hold Contractor harmless from any claims that may be asserted by such property owner.

r. **ENTIRE AGREEMENT, SEVERABILITY, AND MODIFICATION:**
This Agreement represents and contains the entire agreement and understanding between the parties. Prior discussions or verbal representations by Contractor or Owner that are not contained in this Agreement are not a part of this Agreement. In the event that any provision of this Agreement is at any time held by a Court to be invalid or unenforceable, the parties agree that all other provisions of this Agreement will remain in full force and effect. Any future modification of this Agreement should be made in writing and executed by Owner and Contractor.

s. **ADDITIONAL LEGAL NOTICES REQUIRED BY STATE OR FEDERAL LAW**
<u>NOTICE TO OWNER OR TENANT:</u>
YOU HAVE THE RIGHT TO REQUIRE CONTRACTOR TO HAVE A PERFORMANCE AND PAYMENT BOND.

<u>STATEMENT REGARDING WHERE TO FILE A COMPLAINT</u>
CONTRACTORS ARE REQUIRED BY LAW TO BE LICENSED AND REGULATED BY THE CONTRACTORS STATE LICENSE BOARD, WHICH HAS JURISDICTION TO INVESTIGATE COMPLAINTS AGAINST CONTRACTORS IF A COMPLAINT REGARDING A PATENT ACT OR OMISSION IS FILED WITHIN FOUR YEARS OF THE DATE OF THE ALLEGED VIOLATION. A COMPLAINT REGARDING A LATENT ACT OR OMISSION PERTAINING TO STRUCTURAL DEFECTS MUST BE FILED WITHIN 10 YEARS OF THE DATE OF THE ALLEGED VIOLATION. ANY QUESTIONS CONCERNING THE CONTRACTOR MAY BE REFERRED TO THE REGISTRAR, CONTRACTORS STATE LICENSE BOARD, POST OFFICE BOX 26000, SACRAMENTO, CALIFORNIA 95826.

ATTACHED REQUIRED NOTICES:
   "Information About Commercial General Liability Insurance"
   "Checklist for Homeowners – Home Improvement"
   "California Mechanics' Lien Law – NOTICE TO OWNER"

t. **WARRANTY**
Thank you for choosing our company to perform this work for you. Your satisfaction with our work is a high priority for us, however, not all possible complaints are covered by our warranty. <u>Contractor does provide a limited warranty against material defects on all Contractor and subcontractor-supplied labor and materials used in this project for a period of one year following substantial completion of all work.</u> This warranty covers normal usage only. You must contact the contractor at the address on page one of this agreement in writing for warranty service immediately upon discovering an item in need of warranty



service. If the matter is urgent, you must also call the Contractor and send written notice of the need for warranty service. Failure to notify the contractor of the need for warranty service within ten days of discovery of a warranty item may void this warranty. Additionally, Owner's hiring of others or direct actions by Owner or Owner's separate contractors to repair a warranty item are not covered by this warranty and will not be reimbursed by Contractor.

No warranty is provided by Contractor on any materials furnished by the Owner for installation or by others. No warranty is provided on any existing materials that are moved and/or reinstalled by the Contractor within the dwelling or the property (including any warranty that existing/used materials will not be damaged during the removal and reinstallation process). One year after substantial completion of the project, the Owner's sole remedy (for materials and labor) on all materials that are covered by a manufacturer's warranty is strictly with the manufacturer, not with the Contractor.

Repair of the following items and related damages of every kind are specifically excluded from Contractor's warranty: problems caused by lack of Owner maintenance; problems caused by Owner abuse, Owner misuse, vandalism, Owner modification, or alteration; and ordinary wear and tear. Damages resulting from mold, fungus, and other organic pathogens are excluded from this warranty unless caused by the sole and active negligence of Contractor as a direct result of a construction defect which caused sudden and significant amounts of water infiltration into a part of the structure. Deviations that arise such as the minor cracking of concrete, stucco, and plaster; minor stress fractures in drywall due to the curing of lumber; warping and deflection of wood; shrinking/cracking of grouts and caulking; fading of paints and finishes exposed to sunlight are all typical (not material) defects in construction, and are strictly excluded from Contractor's warranty.

THE EXPRESS WARRANTIES CONTAINED HEREIN ARE IN LIEU OF ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY WARRANTIES OF MERCHANTABILITY, HABITABILITY, OR FITNESS FOR A PARTICULAR USE OR PURPOSE. THIS LIMITED WARRANTY EXCLUDES CONSEQUENTIAL, INCIDENTAL, AND SPECIAL DAMAGES AND LIMITS THE DURATION OF IMPLIED WARRANTIES TO THE FULLEST EXTENT PERMISSIBLE UNDER STATE AND FEDERAL LAW. SOME STATES RESTRICT LIMITATIONS ON VARIOUS WARRANTIES, AND SO A CONSUMER'S RIGHTS UNDER THIS WARRANTY MAY VARY. THIS LIMITED WARRANTY MAY NOT BE VERBALLY MODIFIED BY ANY PERSON. THIS LIMITED WARRANTY IS GOVERNED BY THE LAWS OF THE STATE WHERE THE WORK WAS PERFORMED.

u.  LIMITATION OF WARRANTY WHEN CONTRACTOR INSTALLS OWNER-SUPPLIED FIXTURES AND MATERIALS: Contractor cannot warrant any Owner-supplied materials or fixtures (whether new or used) or materials supplied by others. If fixtures or materials supplied by Owner or others fail due to a defect in the materials or fixtures themselves, Contractor will charge for all labor and materials required to repair or replace both the defective materials or fixtures, and any surrounding work that is damaged by these defective materials or fixtures.

D.  PAYMENT SCHEDULE AND PAYMENT TERMS



a. **PAYMENT SCHEDULE:** Work completed and/or materials provided for, included applicable taxes and Contractor markup, shall be invoiced and due upon submission (Typically invoices are submitted weekly and paid within 24 hours). Where work is partially completed, Contractor will estimate the approximate amount of work completed to date and invoice for this estimated portion of work.

b. **PAYMENT OF CHANGE ORDERS/ADDITIONAL WORK:** Payment for Additional Work is due upon completion of either all or part of the Additional Work and submittal of invoice by Contractor.

c. **ADDITIONAL PAYMENTS FOR ALLOWANCE WORK AND RELATED CREDITS:** Payment for work designated in the Agreement as ALLOWANCE work has been initially factored into the Lump Sum Price and Payment Schedule set forth in this Agreement. If the final amount of the ALLOWANCE work exceeds the line item ALLOWANCE amount in the Agreement, the difference between the final amount and the line item ALLOWANCE amount stated in the Agreement will be treated as Additional Work and is subject to Contractor's profit and overhead standard markup.

d. **LIEN RELEASES:** Upon request by Owner, Contractor and subcontractors will issue appropriate lien releases prior to receiving final payment from Owner.

e. **WORK STOPPAGE AND TERMINATION OF AGREEMENT FOR DEFAULT**
Contractor shall have the right to stop all work on the project and keep the job idle if payments are not made to Contractor strictly in accordance with the Payment Schedule in this Agreement, or if Owner repeatedly fails or refuses to furnish Contractor with access to the job site and/or product selections or information necessary for the advancement of Contractor's work. Simultaneous with stopping work on the project, the Contractor must give Owner written notice of the nature of Owner's material breach of this Agreement and must also give the Owner a 14-day period in which to cure this breach of contract. Owner to follow this same notice procedure with Contractor if Owner alleges Contractor is in material breach of this Agreement.

If work is stopped due to any of the above reasons (or for any other material breach of contract by Owner) for a period of 14 days, and the Owner has failed to take significant steps to cure his default, then Contractor may, without prejudicing any other remedies Contractor may have, give written notice of termination of the Agreement to Owner and demand payment for all completed work and materials ordered through the date of work stoppage, and any other reasonable loss sustained by Contractor, including Contractor's Profit and Overhead at the rate of 20% on the balance of the incomplete work under the Agreement. Thereafter, Contractor is relieved from all other contractual duties, including all Punch List and warranty work.

E. **ADDITIONAL TERMS AND CONDITIONS:**

a. Mindful of the high cost of litigation, not only in dollars, but also in time and energy, the parties intend to and do hereby establish the following out-of-court alternate dispute resolution procedure to be followed in the event any controversy or dispute should arise out of, or relating to this Contract or relating to any change orders or other changes or addendums to this Contract:

   i. Either party may initiate negotiations by writing a letter to the other party setting forth the particulars of the dispute, the term(s) of the contract that are involved and a suggested resolution to the problem.



# CONTRACTOR AGREEMENT

ii. The recipient of the letter shall respond within ten (10) days to the proposed solution. The recipient shall either agree to the proposed solution or propose an alternative solution.

iii. If correspondence does not resolve the dispute, the parties or their representatives shall meet on at least one occasion and attempt to resolve the matter on their own. The time and place, within fourteen (14) days of the second party's response, shall be mutually agreeable to both parties.

iv. If this meeting does not produce a resolution, the parties agree all disputes hereunder shall be resolved by binding arbitration in accordance with rules of the American Arbitration Association.

v. Both parties shall share the cost of the dispute resolution process equally although personal attorneys and witnesses or specialists are the direct responsibility of each party and their fees and expenses shall be the responsibility of the individual parties

vi. See page(s) attached: _____ Yes  XXX No

I have read and understood, and I agree to, all of the terms and conditions in the Agreement above.

DATE: ___/____/_____  CONTRACTOR'S SIGNATURE: _____

DATE: ___/____/_____  OWNER'S SIGNATURE: _____

DATE: ___/____/_____  OWNER'S SIGNATURE: _____

Initial here:___ _____



## Information About Commercial General Liability Insurance – Home Improvement

*Pursuant to California Business & Professions Code §7159.3 (SB 2029), home improvement contractors must provide this notice and disclose whether or not they carry commercial general liability insurance.*

**Did your contractor tell you whether he or she carries Commercial General Liability Insurance?**
*Home improvement contractors are required by law to tell you whether or not they carry Commercial General Liability Insurance. This written statement must accompany the bid, if there is one, and the contract.*

**What does this insurance cover?**
*Commercial General Liability Insurance can protect against third-party bodily injury and accidental property damage. It is not intended to cover the work the contractor performs.*

**Is this insurance required?**
*No. But the Contractors State License Board strongly recommends that all contractors carry it. The Board cautions you to evaluate the risk to your family and property when you hire a contractor who is not insured. Ask yourself, if something went wrong, would this contractor be able to cover losses ordinarily covered by insurance?*

**How can you make sure the contractor is insured?**
*If he or she is insured, your contractor is required to provide you with the name and telephone number of the insurance company. Check with the insurance company to verify that the contractor's insurance coverage will cover your project.*

**What about a contractor who is self-insured?**
*A self-insured contractor has made a business decision to be personally responsible for losses that would ordinarily be covered by insurance. Before contracting with a self-insured contractor, ask yourself, if something went wrong, would this contractor be able to cover losses ordinarily covered by insurance?*

☐ _____does not carry Commercial General Liability Insurance.

☒ Hale Creek Construction, Inc.     carries Commercial General Liability Insurance.

The insurance company is Navigators Insurance Company/All Spectrum Insurance Brokers  You may call the insurance company at 408-739-8300 to verify coverage.

For more information about Commercial General Liability Insurance, contact the Contractors State License Board at www.cslb.ca.gov or call 800-321-CSLB (2752).



# CONTRACTOR AGREEMENT

### Checklist for Homeowners – Home Improvement
*Pursuant to California Business & Professions Code §7159.3 (SB 2029), home improvement contractors must provide this notice.*

### Check Out Your Contractor
**Did you contact the Contractors State License Board (CSLB) to check the status of the contractor's license?**
*Contact the CSLB at 1-800-321-CSLB (2752) or visit our web site: www.cslb.ca.gov.*

**Did you get at least 3 local references from the contractors you are considering?**
**Did you call them?**
**Building Permits--will the contractor get a permit before the work starts?**

### Check Out the Contract
**Did you read and do you understand your contract?**

**Does the 3-day right to cancel a contract apply to you?**
*Contact the CSLB if you don't know.*

**Does the contract tell you when work will start and end?**

**Does the contract include a detailed description of the work to be done, the material to be used, and equipment to be installed?**
*This description should include brand names, model numbers, quantities and colors. Specific descriptions now will prevent disputes later.*

**Are you required to pay a down payment?**
*If you are, the down payment should never be more than 10% of the contract price or $1,000, whichever is less.*

**Is there a schedule of payments?**
*If there is a schedule of payments, you should pay only as work is completed and not before. There are some exceptions--contact the CSLB to find out what they are.*

**Did your contractor give you a "Notice to Owner," a warning notice describing liens and ways to prevent them?**
*Even if you pay your contractor, a lien can be placed on your home by unpaid laborers, subcontractors, or material suppliers. A lien can result in you paying twice or, in some cases, losing your home in a foreclosure. Check the "Notice to Owner" for ways to protect yourself.*

**Did you know changes or additions to your contract must all be in writing?**
*Putting changes in writing reduces the possibility of a later dispute.*



# CONTRACTOR AGREEMENT

## CALIFORNIA MECHANICS' LIEN LAW

### NOTICE TO OWNER

UNDER THE CALIFORNIA MECHANICS' LIEN LAW, ANY CONTRACTOR, SUBCONTRACTOR, LABORER, SUPPLIER, OR OTHER PERSON OR ENTITY WHO HELPS TO IMPROVE YOUR PROPERTY, BUT IS NOT PAID FOR HIS OR HER WORK OR SUPPLIES, HAS A RIGHT TO PLACE A LIEN ON YOUR HOME, LAND, OR PROPERTY WHERE THE WORK WAS PERFORMED AND TO SUE YOU IN COURT TO OBTAIN PAYMENT.

THIS MEANS THAT AFTER A COURT HEARING, YOUR HOME, LAND, AND PROPERTY COULD BE SOLD BY A COURT OFFICER AND THE PROCEEDS OF THE SALE USED TO SATISFY WHAT YOU OWE. THIS CAN HAPPEN EVEN IF YOU HAVE PAID YOUR CONTRACTOR IN FULL IF THE CONTRACTOR'S SUBCONTRACTORS, LABORERS, OR SUPPLIERS REMAIN UNPAID.

TO PRESERVE THEIR RIGHTS TO FILE A CLAIM OR LIEN AGAINST YOUR PROPERTY, CERTAIN CLAIMANTS SUCH AS SUBCONTRACTORS OR MATERIAL SUPPLIERS ARE EACH REQUIRED TO PROVIDE YOU WITH A DOCUMENT CALLED A "PRELIMINARY NOTICE." CONTRACTORS AND LABORERS WHO CONTRACT WITH OWNERS DIRECTLY DO NOT HAVE TO PROVIDE SUCH NOTICE SINCE YOU ARE AWARE OF THEIR EXISTENCE AS AN OWNER. A PRELIMINARY NOTICE IS NOT A LIEN AGAINST YOUR PROPERTY. ITS PURPOSE IS TO NOTIFY YOU OF PERSONS OR ENTITIES THAT MAY HAVE A RIGHT TO FILE A LIEN AGAINST YOUR PROPERTY IF THEY ARE NOT PAID. IN ORDER TO PERFECT THEIR LIEN RIGHTS, A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR LABORER MUST FILE A MECHANICS' LIEN WITH THE COUNTY RECORDER WHICH THEN BECOMES A RECORDED LIEN AGAINST YOUR PROPERTY. GENERALLY, THE MAXIMUM TIME ALLOWED FOR FILING A MECHANICS' LIEN AGAINST YOUR PROPERTY IS 90 DAYS AFTER SUBSTANTIAL COMPLETION OF YOUR PROJECT.

### TO INSURE EXTRA PROTECTION FOR YOURSELF AND YOUR PROPERTY, YOU MAY WISH TO TAKE ONE OR MORE OF THE FOLLOWING STEPS:

(1) REQUIRE THAT YOUR CONTRACTOR SUPPLY YOU WITH A PAYMENT AND PERFORMANCE BOND (NOT A LICENSE BOND), WHICH PROVIDES THAT THE BONDING COMPANY WILL EITHER COMPLETE THE PROJECT OR PAY DAMAGES UP TO THE AMOUNT OF THE BOND. THIS PAYMENT AND PERFORMANCE BOND AS WELL AS A COPY OF THE CONSTRUCTION CONTRACT SHOULD BE FILED WITH THE COUNTY RECORDER FOR YOUR FURTHER PROTECTION. THE PAYMENT AND PERFORMANCE BOND WILL USUALLY COST FROM 1 TO 5 PERCENT OF THE CONTRACT AMOUNT DEPENDING ON THE CONTRACTOR'S BONDING ABILITY. IF A CONTRACTOR CANNOT OBTAIN SUCH BONDING, IT MAY INDICATE HIS OR HER FINANCIAL INCAPACITY.

(2) REQUIRE THAT PAYMENTS BE MADE DIRECTLY TO SUBCONTRACTORS AND MATERIAL SUPPLIERS THROUGH A JOINT CONTROL. FUNDING SERVICES MAY BE AVAILABLE, FOR A FEE, IN YOUR AREA WHICH WILL ESTABLISH VOUCHER OR OTHER MEANS OF PAYMENT TO YOUR CONTRACTOR. THESE SERVICES MAY ALSO PROVIDE YOU WITH LIEN WAIVERS AND OTHER FORMS OF PROTECTION. ANY JOINT CONTROL AGREEMENT SHOULD INCLUDE THE ADDENDUM APPROVED BY THE REGISTRAR.



(3) ISSUE JOINT CHECKS FOR PAYMENT, MADE OUT TO BOTH YOUR CONTRACTOR AND SUBCONTRACTORS OR MATERIAL SUPPLIERS INVOLVED IN THE PROJECT. THE JOINT CHECKS SHOULD BE MADE PAYABLE TO THE PERSONS OR ENTITIES WHICH SEND PRELIMINARY NOTICES TO YOU. THOSE PERSONS OR ENTITIES HAVE INDICATED THAT THEY MAY HAVE LIEN RIGHTS ON YOUR PROPERTY, THEREFORE YOU NEED TO PROTECT YOURSELF. THIS WILL HELP TO INSURE THAT ALL PERSONS DUE PAYMENT ARE ACTUALLY PAID.

(4) UPON MAKING PAYMENT ON ANY COMPLETED PHASE OF THE PROJECT, AND BEFORE MAKING ANY FURTHER PAYMENTS, REQUIRE YOUR CONTRACTOR TO PROVIDE YOU WITH UNCONDITIONAL "WAIVER AND RELEASE" FORMS SIGNED BY EACH MATERIAL SUPPLIER, SUBCONTRACTOR, AND LABORER INVOLVED IN THAT PORTION OF THE WORK FOR WHICH PAYMENT WAS MADE. THE STATUTORY LIEN RELEASES ARE SET FORTH IN EXACT LANGUAGE IN SECTION 3262 OF THE CIVIL CODE. MOST STATIONERY STORES WILL SELL THE "WAIVER AND RELEASE" FORMS IF YOUR CONTRACTOR DOES NOT HAVE THEM. THE MATERIAL SUPPLIERS, SUBCONTRACTORS, AND LABORERS THAT YOU OBTAIN RELEASES FROM ARE THOSE PERSONS OR ENTITIES WHO HAVE FILED PRELIMINARY NOTICES WITH YOU. IF YOU ARE NOT CERTAIN OF THE MATERIAL SUPPLIERS, SUBCONTRACTORS, AND LABORERS WORKING ON YOUR PROJECT, YOU MAY OBTAIN A LIST FROM YOUR CONTRACTOR. ON PROJECTS INVOLVING IMPROVEMENTS TO A SINGLE-FAMILY RESIDENCE OR A DUPLEX OWNED BY THE INDIVIDUALS, THE PERSONS SIGNING THESE RELEASES LOSE THE RIGHT TO FILE A MECHANICS' LIEN CLAIM AGAINST YOUR PROPERTY. IN OTHER TYPES OF CONSTRUCTION, THIS PROTECTION MAY STILL BE IMPORTANT, BUT MAY NOT BE AS COMPLETE.

TO PROTECT YOURSELF UNDER THIS OPTION, YOU MUST BE CERTAIN THAT ALL MATERIAL SUPPLIERS, SUBCONTRACTORS, AND LABORERS HAVE SIGNED THE "WAIVER AND RELEASE" FORM. IF A MECHANICS' LIEN HAS BEEN FILED AGAINST YOUR PROPERTY, IT CAN ONLY BE VOLUNTARILY RELEASED BY A RECORDED "RELEASE OF MECHANICS' LIEN" SIGNED BY THE PERSON OR ENTITY THAT FILED THE MECHANICS' LIEN AGAINST YOUR PROPERTY UNLESS THE LAWSUIT TO ENFORCE THE LIEN WAS NOT TIMELY FILED. YOU SHOULD NOT MAKE ANY FINAL PAYMENTS UNTIL ANY AND ALL SUCH LIENS ARE REMOVED. YOU SHOULD CONSULT AN ATTORNEY IF A LIEN IS FILED AGAINST YOUR PROPERTY.

(REV. 4/99)



**HALE·CREEK**
CONSTRUCTION

120 N. Murphy Ave., Sunnyvale, CA 94086
(408) 736-3700 • (408) 583-4053 Fax
Website: www.halecreekconstruction.com • Contractor License #905738

# Proposal



| Name / Address |
|---|
| Green Residence |
| 1381 Arleen Ave |
| Sunnyvale, CA 94087 |

| Date | Estimate # |
|---|---|
| 6/10/2010 | 2010-48 |

| Description | Qty | U/M | Rate | Total |
|---|---|---|---|---|
| *** PHASE 1 - ASSESSMENT & CLEAN-UP *** | | | 0.00 | |
| WEEK 1 – Analysis and planning (Allowance) | 40 | | 95.00 | 3,800.00 |
|   1) Review prime contract, sub-contracts and compare to plans and work completed to date.<br>  2) Review status of city inspections.<br>  3) Contact all sub-contractors to discuss project, quality, and current status. Verify willingness to complete work to homeowner's satisfaction and sub's availability.<br>  4) Create and document detailed list of discrepancies and plan variations.<br>  5) Review project priorities with Jeff/Pamela and create a plan of action.<br>  6) Prepare documentation as requested by Jeff/Pamela to assist in resolving previous general contractor issues.<br><br>  >> This work by Hale Creek to be completed at time/materials rates. Estimated labor shown is a budgetary figure. << | | | | |
| *** WEEK 1 - JOBSITE CLEANUP *** | | | | |
| Jobsite Cleanup: Remove all debris, packaging, construction materials (interior & exterior); SWEEP & VACUUM! (Laborer x 3) (Allowance) | 24 | | 55.00 | 1,320.00 |
| Debris Recycling - 30CY debris dumpster of std. construction debris (Allowance) | 2 | | 695.00 | 1,390.00 |
| Site Protection : As appropriate, protect all installed high-value materials and finishes to prevent further damage for duration of project. Usage of drop cloths, floor protection, dust partitions/zipper doors, and the like. (Allowance) | | | 1,850.00 | 1,850.00 |
| [OPTIONAL][RECOMMENDED] Install (1) Omni-Aire 1200 HEPA air scrubber for duration of project to reduce airborne dust and debris. Scrubbed air will be exhausted to exterior.<br>** Add $750 for (6) weeks use @ $125/week. Initial here: _____ to accept. | | | | |

**Total**

Case: 11-05211   Doc# 1-2   Filed: 07/15/11   Entered: 07/15/11 12:12:05   Page 11 of 24



**HALE CREEK** CONSTRUCTION

120 N. Murphy Ave., Sunnyvale, CA 94086
(408) 736-3700 • (408) 583-4053 Fax
Website: www.halecreekconstruction.com • Contractor License #905738

# Proposal

| Name / Address | | Date | Estimate # |
|---|---|---|---|
| Green Residence<br>1381 Arleen Ave<br>Sunnyvale, CA 94087 | | 6/10/2010 | 2010-48 |

| Description | Qty | U/M | Rate | Total |
|---|---|---|---|---|
| Phase 2 – Project Supervision (Allowance) | 72 | | 95.00 | 6,840.00 |
| | | | | |
| Week 2 through Week 6 – Action plan and execution | | | | |
| 1) Create a plan to correct sub-standard issues based upon outcome of Phase 1 above. | | | | |
| 2) Expand job completion plan to include both originally planned details and any additional work requested by Jeff/Pamela. | | | | |
| 3) Prepare and manage financial budget and accounting for project completion. | | | | |
| 4) Initiate and complete work identified in Phases 1 using existing subs where appropriate, new subs where necessary, or Hale Creek's crew when appropriate. Execute and follow through on all sub-projects required to permit move in date of July 31, 2010 or earlier. | | | | |
| | | | | |
| >> Planning/project management work by Hale Creek to be completed at time/materials rates. Budgetary figure shown here is calculated (and estimated) as 6 wks x 12 hrs/week x $95/hr for Supervisor/Bryan Temmermand. This estimate is entered here as an 'allowance' though it's surely to change depending upon outcome of findings. << | | | | |
| | | | | |
| <<< SUB-TOTAL >>> | | | | 15,200.00 |
| | | | | |
| Contractor Markup: Profit/Overhead (20%) | | | 20.00% | 3,040.00 |
| Yelp Discount: 15% till 6/15/2010. Max $1,000. | | | -1,000.00 | -1,000.00 |
| Sales Tax | | | 9.25% | 0.00 |

**Total** $17,240.00

# REFUNDS

- If you provide a written request to withdraw 7 days prior to the start date, the city will refund the full amount. Once the camp begins we will not be unable to refund any portion of your fee. A full refund is granted if the program is canceled by the Morgan Hill Recreation Department. A $17 fee will be charged on all returned checks. Special cases will need to be discussed with the Camp Specialist.
- NO refunds or substitutions for missed days due to illness or other reasons.
- NO refunds if your child is suspended or expelled from the program.
- NO refunds for any participants who dropped out of the program for any reason or circumstance.

Our Recreation Leaders and off-site Supervisors are readily available to discuss questions or concerns with you. We ask that you first talk with the Camp Specialist at your child's program location. If additional clarification is needed, the Recreation Leaders can refer you to their off-site Recreation Coordinator. Communication with you is the key to our ability to meet your child's needs and provide an outstanding summer program. _We always encourage parents to share with us any feedback they have about the camps. Please let us know what's going well and what we could improve on. Please make sure to submit the Cool Kids Evaluation Form to the camp counselors at the end of each camp week._ All personal information shared with Camp personnel will be kept confidential. We look forward to a great summer with you and your child!

Sincerely,



**Chiquy Mejía**
Recreation Coordinator
408-782-2128 * 830

**Abel Gutierrez**
Recreation Coordinator
408-782-2128*806

**Chris Ghione**
Recreation Manager
408-782-2128*801

# EXHIBIT B

| | Sub | Location | Description | Issue |
|---|---|---|---|---|
| 1 | Cabinetry | Hall bathroom - 2nd Floor | Cabinetry installation not complete; doors not fit, not insalled, no pull | Functional |
| 2 | Carpentry | Master Closet | Acccess door not complete, no trim | Building code |
| 3 | Carpentry | Pink Bedroom | Attic access door not installed; no trim | Functional |
| 4 | Carpentry | Guest Bedroom | Bar Cabinet pulls not installed (6); door & drawers not aligned; shelves not installed | Functional |
| 5 | Carpentry | Hall - 1st floor | Bypass closet doors not installed | Functional |
| 6 | Carpentry | Dining Room | Cabinetry installation not complete; doors not fit, not insalled, no pull | Functional |
| 7 | Carpentry | Hall laundry | Cabinetry installation not complete; doors not fit, not insalled, no pull | Functional |
| 8 | Carpentry | Hall bathroom | Casing not complete | Appearance |
| 9 | Carpentry | Top Landing | Closet casing not installed on inside | Appearance |
| 10 | Carpentry | Living Room | Crown molding incomplete | Appearance |
| 11 | Carpentry | Living Room | Crown not caulked/painted | Appearance |
| 12 | Carpentry | Master | Door install not finished | Functional |
| 13 | Carpentry | Office/Bedroom 3 | Door swing is reversed. Weird. | Functional |
| 14 | Carpentry | Kitchen | doors and drawers need alignment. No pulls/knobs | Functional |
| 15 | Carpentry | EXTERIOR | Exterior lights installation poor; backer req'd on clapboard | Appearance |
| 16 | Carpentry | Garage | Fire door installation not complet: hinge adjustment, door knobs | Building code |
| 17 | Carpentry | Family Room | French doors installed poorly: reveals inconsistent | Functional |
| 18 | Carpentry | Furnace | Incorrect door installed. | Functional |
| 19 | Carpentry | Guest Bathroom | Interior door handle not installed | Functional |
| 20 | Carpentry | Guest Bathroom | Interior door not installed | Functional |
| 21 | Carpentry | Kitchen | Many extra holes in bottom of kitchen cabinet @island sink | Functional |
| 22 | Carpentry | Pink Bedroom | No closet pole. | Functional |
| 23 | Carpentry | Guest Bedroom | No closet pole, cannot be built to plan. Attic acces in closet not shown; mas closet pole <2 | Functional |
| 24 | Carpentry | Entry Closet | No closet pole. | Functional |
| 25 | Carpentry | Guest Bedroom | No doorknobs installed | Functional |
| 26 | Carpentry | Entry Closet | No doorknobs installed | Functional |
| 27 | Carpentry | Master Closet | Poor cabinetry installation; reveals inconsistent | Appearance |
| 28 | Carpentry | Master Closet | Pulls not installed | Functional |
| 29 | Carpentry | Stairwell | Sapwood? Low quality veneer/installation. | Appearance |
| 30 | Carpentry | Family Room | Set screws in door jam visible (not under weatherstrip) | Appearance |
| 31 | Carpentry | Pink Bedroom | Storage unit totally crap | Functional |
| 32 | Carpentry | Guest Bedroom | Subfloor elevation different than adjoining hallway (1/2" +/-) | Functional |
| 33 | Carpentry | Guest Bedroom | Subfloor has humps/bumps | Functional |

| | | | | |
|----|-----------|-----------------|-------------------------------------------------------------------------------------|---------------|
| 34 | Carpentry | Office/Bedroom 3 | Subfloor sub-standard: holes, gaps, elevation | Functional |
| 35 | Carpentry | Top Landing | Trim incomplete | Appearance |
| 36 | Carpentry | Hall - 1st floor | Trim not complete: No baseboards | Appearance |
| 37 | Carpentry | Half Bath | Trim not complete: No baseboards, doors not installed (reveals questionable based on ob | Appearance |
| 38 | Carpentry | Guest Bedroom | Trim not complete: No baseboards, doors not installed (reveals questionable based on ob | Functional |
| 39 | Carpentry | Bedroom 4 | Trim not complete: No baseboards, doors not installed (reveals questionable based on ob | Functional |
| 40 | Carpentry | Office/Bedroom 3 | Trim not complete: No baseboards, doors not installed (reveals questionable based on ob | Functional |
| 41 | Carpentry | Entry Closet | Trim not complete: No baseboards, doors not installed (reveals questionable based on ob | Functional |
| 42 | Carpentry | Furnace | Trim not installed | Appearance |
| 43 | Carpentry | Bedroom 4 | Underfloor access door not in place | Appearance |
| 44 | Carpentry | Hall - 1st floor | Utility door not installed | Functional |
| 45 | Carpentry | Hall - 1st floor | Utility door casing not installed | Appearance |
| 46 | Carpentry | Guest Bathroom | Vanity Drain @wall cutout very rough, over-cut. No escucheon. | Appearance |
| 47 | Carpentry | Guest Bathroom | Vanity drawer hits plumbing | Functional |
| 48 | Carpentry | Hall bathroom | Vanity drawer hits plumbing | Functional |
| 49 | Carpentry | Master | Vanity knobs not installed | Functional |
| 50 | Drywall | Furnace | Ceiling/wall drywall missing; no fire caulk | Building code |
| 51 | Drywall | Office/Bedroom 3 | Closet has cutouts from electrical patches | Building code |
| 52 | Drywall | Office/Bedroom 3 | Drywall mud needs to be scraped off sub-floor | Functional |
| 53 | Drywall | Hall - 1st floor | Utility room cutout for electrical patch/fix need patch | Building code |
| 54 | Electrical | Guest Bedroom | Bar GFCI will not reset/outlets not working | Building code |
| 55 | Electrical | Kitchen | Circuits allowance/load calcs unknown. No labels in panel | Building code |
| 56 | Electrical | Office/Bedroom 3 | Closet light incandescent, standard switch | Building code |
| 57 | Electrical | Guest Bedroom | Closet light not installed | Functional |
| 58 | Electrical | Bedroom 4 | Closet light not installed | Functional |
| 59 | Electrical | yellow bedroom | Closet light not installed | Functional |
| 60 | Electrical | Pink Bedroom | Closet light not installed | Functional |
| 61 | Electrical | Top Landing | Closet low voltage incomplete | Building code |
| 62 | Electrical | EXTERIOR | Cutouts in siding oversized for some lights; not caulked | Building code |
| 63 | Electrical | EVERYWHERE | Only (2) AFCI cicuits found. All bedrooms, bedroom lights, wired smoke detectors must be | Building code |
| 64 | Electrical | EVERYWHERE | Circuits not labeled. Questionable whether sufficient circuits exist. | Building code |
| 65 | Electrical | Hall bathroom | Dedicated circuit for bathroom - unknown | Building code |
| 66 | Electrical | Garage | Dedicated circuit for laundry - unknown | Building code |
| 67 | Electrical | Master | Dedicated circuits for floor heat? | Building code |

| 68 | Electrical | Garage | Dedicated circuits not identified (unknown) | Building code |
|---|---|---|---|---|
| 69 | Electrical | Furnace | Electrical shutoff has no cover plate. Mx cable not secured | Building code |
| 70 | Electrical | Half Bath | Exhaust fan not located in correct location, installed behind trip | Building code |
| 71 | Electrical | Family Room | Eyeball trim not installed @FP | Building code |
| 72 | Electrical | Half Bath | GFCI/Dedicated circuit unknown | Building code |
| 73 | Electrical | Furnace | Light switch installed upside down/Std switch & incandescent bulb in closet | Building code |
| 74 | Electrical | Half Bath | Lighting does not work | Building code |
| 75 | Electrical | Bedroom 4 | Low voltage trim out not complete | Building code |
| 76 | Electrical | Office/Bedroom 3 | Low voltage trim out not complete | Building code |
| 77 | Electrical | Family Room | Low voltage trim out not complete | Building code |
| 78 | Electrical | Kitchen | Low voltage trim out not complete | Building code |
| 79 | Electrical | Garage | Low voltage trim out not complete | Building code |
| 80 | Electrical | Guest Bedroom | Low voltage trim out not complete | Functional |
| 81 | Electrical | Hall - 1st floor | Low voltage trim out not complete | Functional |
| 82 | Electrical | Guest Bedroom | Need validation of electrical load for bar. Need GFCI protected appliance outlets on one c | Functional |
| 83 | Electrical | Kitchen | No small appliance outlets in island | Building code |
| 84 | Electrical | Master Closet | Not all lights work | Building code |
| 85 | Electrical | Garage | Outlets and low voltage box @Kitchen wall not fire rated | Building code |
| 86 | Electrical | Master | Outlets in medicine cab has no room for plugs. Wrong direction. | Functional |
| 87 | Electrical | EXTERIOR | Outside lights do not meet T24 requirement | Building code |
| 88 | Electrical | Hall bathroom | Recessed light over shower missing shower rated trim | Building code |
| 89 | Electrical | Kitchen | Recessed lighting not complete | Building code |
| 90 | Electrical | Master | Shower recessed lights only 13watts/ea DARK, DARK, DARK | Functional |
| 91 | Electrical | Master | Some recessed lighting not functional | Building code |
| 92 | Electrical | Hall - 2nd Floor | Sub panel not labeled: Only one Arc-fault Bedrooms cannot be correctly wired. | Building code |
| 93 | Electrical | Family Room | Surface Mount Fixture not installed | Building code |
| 94 | Electrical | Dining Room | Surface Mount Fixture not installed | Building code |
| 95 | Electrical | Stairwell | Surface Mount Fixture not installed | Building code |
| 96 | Electrical | Master Closet | Switch trim not installed | Building code |
| 97 | Electrical | Kitchen | T24 Calculation not performed. 9 LEDs + 2 pendants will not calc. | Building code |
| 98 | Electrical | Entry Closet | T-24 High efficacy luminaires, occupancy sensors, OR dimmers required. | Building code |
| 99 | Electrical | Bedroom 4 | T-24 requires dimmer for recessed lighting | Building code |
| 100 | Electrical | Family Room | T-24 requires dimmer for recessed lighting | Building code |
| 101 | Electrical | Guest Bedroom | T-24 requires dimmer for recessed lighting | Building code |

| 102 | Electrical | Office/Bedroom 3 | T-24 requires dimmer for recessed lighting | Building code |
|---|---|---|---|---|
| 103 | Electrical | Breakfast nook | T-24 requires dimmer for recessed lighting | Building code |
| 104 | Electrical | Stairwell | T24 requires dimmer for recessed lighting/surface mounted fixtures | Building code |
| 105 | Electrical | Entry | T24 requires dimmer for recessed lighting/surface mounted fixtures | Building code |
| 106 | Electrical | Dining Room | T24 requires dimmer for recessed lighting/surface mounted fixtures | Building code |
| 107 | Electrical | Hall - 2nd Floor | T24 requires dimmer for recessed lighting/surface mounted fixtures | Building code |
| 108 | Electrical | yellow bedroom closet | T24 requires dimmer for recessed lighting/surface mounted fixtures | Building code |
| 109 | Electrical | yellow bedroom | T24 requires dimmer for recessed lighting/surface mounted fixtures | Building code |
| 110 | Electrical | Pink Bedroom | T24 requires dimmer for recessed lighting/surface mounted fixtures | Building code |
| 111 | Electrical | Master Closet | T24 requires dimmer for recessed lighting/surface mounted fixtures | Building code |
| 112 | Electrical | Master | T24 requires dimmer for recessed lighting/surface mounted fixtures @ tub lights | Building code |
| 113 | Electrical | Hall bathroom | T-24 requires manual on occupancy for low efficacy lights | Building code |
| 114 | Electrical | Half Bath | T-24 requires manual on occupancy for low efficacy lights | Building code |
| 115 | Electrical | Hall bathroom - 2nd Floor | T24 requires non-occupancy for surface mounted fixtures | Building code |
| 116 | Electrical | Hall - 1st floor | Utility room light fixture not working/Incandescent fixture plus std switch installed | Building code |
| 117 | Electrical | Master | vanity lights not installed | Building code |
| 118 | Electrical | Garage | washer/dryer location not shown on plans | Building code |
| 119 | General | EVERYWHERE | Gas pressure test not completed | Building code |
| 120 | General | Pink Bedroom | Attic access door not accessible - shelving in the way | Building code |
| 121 | General | Guest Bedroom | Attic access door not installed; no trim | Building code |
| 122 | General | Garage | Attic access not fire rated | Building code |
| 123 | General | Dining Room | Cabinetry installation out of sequence, drywall & paint damaged | Appearance |
| 124 | General | Living Room | Cabinetry l/r of fireplace not installed. | Functional |
| 125 | General | Master | Cane bolt wrong finish on entry doors | Functional |
| 126 | General | Bedroom 4 | Carpet track still installed at wall perimeter. Needs to be demo'd | Functional |
| 127 | General | Living Room | Cased opening hit and corner bead damaged | Appearance |
| 128 | General | Hall laundry | Door/casing not installed correctly | Functional |
| 129 | General | EVERYWHERE | Drywall mud needs to be scraped off sub-floor | Functional |
| 130 | General | Master | Ergress window failed seals/window fogged | Appearance |
| 131 | General | Guest Bathroom | Exterior door hardware finish incorrect (Satin Nickel) | Appearance |
| 132 | General | Guest Bedroom | Exterior door keys missing | Functional |
| 133 | General | Guest Bathroom | Exterior door keys missing | Functional |
| 134 | General | Guest Bedroom | Exterior door weatherstip damaged | Functional |
| 135 | General | Guest Bedroom | Exterior doorjamb set screws exposed, not installed behind weatherstripping | Appearance |

| 136 | General | Guest Bathroom | Exterior doorjamb set screws exposed, not installed behind weatherstripping | Appearance |
|-----|---------|----------------|-----------------------------------------------------------------------------|------------|
| 137 | General | Living Room | Fireplace depth looks out of scale for room | Appearance |
| 138 | General | Top Landing | Flooring heavily scratched | Appearance |
| 139 | General | Guest Bedroom | Fridge not installed | Functional |
| 140 | General | Entry | Front door finish damaged | Appearance |
| 141 | General | ALL ROOMS | HVAC duct full of trash/not covered | Functional |
| 142 | General | Office/Bedroom 3 | HVAC duct not insuluated | Building code |
| 143 | General | Guest Bathroom | Lath inspection not complete; 1/2" backer/mortar not visible | Building code |
| 144 | General | Hall bathroom - 2nd Floor | No backer/mortar bed on tile | Building code |
| 145 | General | Guest Bedroom | No landing/patio | Building code |
| 146 | General | Guest Bathroom | No landing/patio | Building code |
| 147 | General | Family Room | No landing/patio | Building code |
| 148 | General | Dining Room | Old wiring coming through floor | Functional |
| 149 | General | Guest Bathroom | Outlet not GFCI, not dedicated circuit; need to verify | Building code |
| 150 | General | Guest Bathroom | Pan inspection not complete | Building code |
| 151 | General | Hall bathroom | Remodel not shown on plans | Building code |
| 152 | General | Hall bathroom | Rough electrical, rough plumbing, rough frame not inspected | Building code |
| 153 | General | Guest Bedroom | Scratches/ding in finished drywall/wall paint; doors leaning against walls | Appearance |
| 154 | General | Guest Bathroom | Shower niche installed in exterior wall/insulation | Building code |
| 155 | General | Master | Stain on carpeting | Appearance |
| 156 | General | EVERYWHERE | SUBFLOOR NOT LEVEL OR PREPPED FOR WOOD FLOORS | Functional |
| 157 | General | Living Room | Switch and outlet touching cased opening trim. Location incorrect | Appearance |
| 158 | General | Hall bathroom | Tile set upon drywall, no backerboard or lath | Building code |
| 159 | General | Guest Bedroom | Title 24 compliance stickers missing from installed windows | Building code |
| 160 | General | Dining Room | Trash underfloor. | Building code |
| 161 | General | Stairwell | Treads are scratched | Appearance |
| 162 | General | Master | Tub filthy | Appearance |
| 163 | General | Hall bathroom | Tub overflow damaged/missing | Functional |
| 164 | General | Office/Bedroom 3 | Underfloor access door not in place | Building code |
| 165 | General | Bedroom 4 | Underfloor litter is excessive, cut/abadoned 14g wires visible at access | Building code |
| 166 | General | Guest Bathroom | Vanity drawer missing | Functional |
| 167 | General | Bedroom 4 | Walls dirty from HVAC install | Appearance |
| 168 | General | Living Room | Walls dirty from out of sequence installation/subcontractors | Appearance |
| 169 | General | Family Room | Weather stripping is damaged at French doors | Functional |

| 170 | General | Hall bathroom | Window over tub not tempered | Building code |
|---|---|---|---|---|
| 171 | General | EVERYWHERE | Top out inspection not completed | Building code |
| 172 | General | EVERYWHERE | Rough plumbing inspection not completed | Building code |
| 173 | General | EVERYWHERE | Additional remodeling completed without plan revision or inspections for any of addition | Building code |
| 174 | General | Family Room | Roof vent too close to master bedroom window | Building code |
| 175 | Paint | Gallery | Apron not prepped/finished. Drywall mud(?) visible | Appearance |
| 176 | Paint | Gallery | Banister not finished | Appearance |
| 177 | Paint | Stairwell | Banister not finished | Appearance |
| 178 | Paint | Master | Cabinetry @ entry has poor quality finish, stain on hinges | Appearance |
| 179 | Paint | Top Landing | Cabinetry finish poor quality/incomplete | Appearance |
| 180 | Paint | Dining Room | Cabinetry stain quality very low | Appearance |
| 181 | Paint | Hall bathroom | Casing not painted | Appearance |
| 182 | Paint | Dining Room | Ceiling needs repaint or second coat | Appearance |
| 183 | Paint | Pink and yell | Ceiling paint needs to be touched up | Appearance |
| 184 | Paint | Office/Bedroom 3 | Closet ceiling pain needs to be touched up | Appearance |
| 185 | Paint | Office/Bedroom 3 | Closet wall paint needs to be touched up | Appearance |
| 186 | Paint | Half Bath | Crown not caulked/painted | Appearance |
| 187 | Paint | Furnace | Door/trim not painted | Appearance |
| 188 | Paint | Master Closet | Granite has stains from cabinetry finish | Appearance |
| 189 | Paint | Master Closet | Lacquer overspray everywhere! Granite not msked, closet poles not masked, etc. | Functional |
| 190 | Paint | Master Closet | Low quality/poor finish on cabinetry | Appearance |
| 191 | Paint | Guest Bedroom | Masing still installed on door trim | Functional |
| 192 | Paint | EVERYWHERE | Overspray from cabinet finishing absoluetly everywhere | Functional |
| 193 | Paint | Bedroom 4 | Paint after closet door tracks installed. Raw wood visible @upper door jamb | Appearance |
| 194 | Paint | Hall bathroom | Paint cans left in tub, rust ring on acrylic | Appearance |
| 195 | Paint | Family Room | Paint not cut in @Fireplace stone | Appearance |
| 196 | Paint | Top Landing | Paint not cut in around window well | Appearance |
| 197 | Paint | Stairwell | Paint on bottom of skirt | Appearance |
| 198 | Paint | Guest Bedroom | Paint on upper cabinet different shade/color than crown molding | Appearance |
| 199 | Paint | Garage | Paint on weatherstripping of fire door | Appearance |
| 200 | Paint | Entry | Paint on windows | Appearance |
| 201 | Paint | Master Closet | Poor prep on crown prior to paint | Appearance |
| 202 | Paint | Guest Bedroom | Poor quality masking/cut-in on door plastic/rubber trim | Appearance |
| 203 | Paint | Hall bathroom - 2nd Floor | Poor quality masking/cut-in on door plastic/rubber trim | Appearance |

| 204 | Paint | Guest Bedroom | Prep and finish on doors poor quality; need repaint | Appearance |
|---|---|---|---|---|
| 205 | Paint | Stairwell | Spinkler head caps not installed flush | Appearance |
| 206 | Paint | Stairwell | Stain and clear coat low quality | Appearance |
| 207 | Paint | Hall laundry | Stain and clear coat low quality | Appearance |
| 208 | Paint | Pink Bedroom | Storage unit paint totally crap | Appearance |
| 209 | Paint | Family Room | Touch up/patch required | Appearance |
| 210 | Paint | Hall laundry | Unknown switch @R wall | Functional |
| 211 | Paint | Hall - 1st floor | utility door/casing/baseboards not painted | Appearance |
| 212 | Paint | Hall - 1st floor | Utility room ceiling paint needs touchup after ceiling patch | Appearance |
| 213 | Paint | Hall - 1st floor | Utility room wall paint needs touchup after wall patch | Appearance |
| 214 | Paint | Master | Vanity fish totally sucks | Appearance |
| 215 | Paint | Hall laundry | Wall Paint Quality Low, need retouching | Appearance |
| 216 | Paint | Guest Bathroom | Weather stripping has paint on it | Appearance |
| 217 | Plumbing | Furnace | 48" flex line to left furnace. Max length = 36" for flex line. | Building code |
| 218 | Plumbing | Office/Bedroom 3 | Cleanout @left wall | Appearance |
| 219 | Plumbing | Garage | First 5' of water lines to/from hot water heater not insulated | Building code |
| 220 | Plumbing | Furnace | Gas line running to second story (right side) not strapped | Building code |
| 221 | Plumbing | Furnace | Gas pipe fitting rusted/valve questionable | Functional |
| 222 | Plumbing | Garage | Hot water heater gas supply line too small: 1" for runs>30' when appliance is 200 btu | Building code |
| 223 | Plumbing | EVERYWHERE | If lath not installed, rough valves will have been cut too short and valves, etc will need to | Functional |
| 224 | Plumbing | Kitchen | Island loop vent incorrect: top 90 should be long sweep | Building code |
| 225 | Plumbing | Hall laundry | No drain for pan under washing machine | Building code |
| 226 | Plumbing | Kitchen | No gas shut off in adjacent cabinetry | Building code |
| 227 | Plumbing | Family Room | No gas shut off witing sight of appliance | Building code |
| 228 | Plumbing | Hall laundry | No pan under washing machine | Building code |
| 229 | Plumbing | Master | Tub not working | Functional |
| 230 | Plumbing | Master | Tub valve not installed/missing parts | Functional |
| 231 | Plumbing | Half Bath | Vainty fixture not installed | Building code |
| 232 | Plumbing | Half Bath | Vanity not installed | Building code |
| 233 | Plumbing | Garage | washer/dryer plumbing box not fire rated | Building code |
| 234 | Plumbing | Kitchen | Water filter not installed | Functional |
| 235 | Plumbing | Hall bathroom | Water pipes exposed in linen close(?) space | Building code |
| 236 | Plumbing | Underfloor | 4" horizontal installed with mission bands; does not have sufficient drop | Building code |
| 237 | Plumbing | Underfloor | cleanout @garage not installed per inspector | Building code |

| 238 | Specialty | Garage | Drywall installation not complete | Building code |
| 239 | Specialty | Living Room | Fireplace flue too close to open window | Building code |
| 240 | Specialty | Guest Bedroom | HVAC duct not insulated | Building code |
| 241 | Specialty | Bedroom 4 | HVAC duct not insulated | Building code |
| 242 | Specialty | Entry | HVAC duct not insulated | Building code |
| 243 | Specialty | Garage | Insulation inspection in garage walls not completed | Building code |
| 244 | Specialty | Kitchen | Kitchen hood too high | Functional |
| 245 | Specialty | Kitchen | No duct cover | Appearance |
| 246 | Specialty | Living Room | Fireplace set without electrical connection; rough wiring supposedly in place. | Building code |
| 247 | Specialty | Stairwell | No pre-filter in return air registers | Functional |
| 248 | Specialty | Guest Bedroom | Poor drywall finish @ sprinkler heads | Appearance |
| 249 | Specialty | Roof | Roof jack missing | Building code |
| 250 | Specialty | Roof | Roof jacks not installed correctly | Building code |
| 251 | Specialty | Guest Bathroom | Shower doors installed below tile/against substrate. | Functional |
| 252 | Specialty | Guest Bedroom | Spinkler head caps not installed flush | Appearance |
| 253 | Specialty | Family Room | Spinkler head caps not installed flush | Appearance |
| 254 | Specialty | Master Closet | Spinkler head caps not installed flush | Appearance |
| 255 | Specialty | Bedroom 4 | Subfloor repair/HVAC duct moved | Building code |
| 256 | Specialty | Hall bathroom | Tile base rough cut/not bullnosed | Appearance |
| 257 | Specialty | Half Bath | Tile base rough cut/not bullnosed/incomplete | Appearance |
| 258 | Specialty | Hall bathroom - 2nd Floor | Wrong color filler on travertine countertop | Appearance |
| 259 | Specialty | Hall bathroom - 2nd Floor | Shower niche installed in exterior wall/insulation | Building code |

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am a citizen of the United states and employed in the county aforesaid; I am over the age of 18 years and not a party to the within action; my address is 8080 Santa Teresa Blvd., Suite #240; Gilroy, CA 95020.

On July 14, 2011, I served the foregoing documents described as: **PLAINTIFFS JEFF GREEN AND PAMELA MILLS-GREEN COMPLAINT TO DETERMINE DISCHARGAEABILITY OF DEBT** (please see attachment A)

__X__    By First-Class Mail: (1013 (a), 2025.5  C.C.P)  I caused such envelope with first-class postage thereon fully prepaid to be deposited in a recognized place of deposit of the United States mail in Gilroy CA, for collection and mailing to the office of the addressee following ordinary business practices.

____    By Personal Service: A true copy of said documents was delivered to the party at the address set forth above.

____    By Facsimile:  I caused such document to be faxed to the facsimile number (identified above) of the addressee.

____    By Overnight Courier: I caused such envelope to be placed in a sealed package designated by the US Postal Service and deposited same for overnight delivery, with delivery fees provided for, with instructions to hand deliver the documents to the office of the addressee on the next business day.

I declare under penalty of perjury that the forgoing is true and correct and that this declaration was executed on July 14, 2011, at Gilroy, California.

_____
Irene Joven

-1-

**ATTACHMENT A**

| | |
|---|---|
| Robert B. Lueck, Esq<br>Christopher E. Brumfiel, Esq<br>Boornazian, Jensen & Garthe, APC<br>555 12th Street, Suite 1800<br>Oakland, CA 94607 | Gary Redenbacher<br>REDENBACHER & BROWN, LLP<br>PO Box 66134<br>Scotts Valley, CA 95067 |
| LAW OFFICE OF HAUSMAN & SOSA LLP<br>Carlos E. Sosa<br>John M. Pagan<br>18757 Burbank Blvd., Ste. 305<br>Tarzana, CA 91356 | |

-2-