AMIEL L. WADE (No. 184312)
WADE & SILVERSTEIN
A Professional Corporation
8070 Santa Teresa Blvd., Suite 230
Gilroy, CA 95020
Telephone: (408) 842-1688
Facsimile:(408) 852-0614

Attorneys for Plaintiffs
JEFF GREEN AND PAMELA MILLS-GREEN

ORIGINAL

FILED

JAN 17 2012

United ... y Court
San Jose, California

IN THE UNITED STATES BANKRUPTCY COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: THE CENTERLINE GROUP, INC.<br><br>    Debtor,<br><br>JEFF GREEN AND PAMELA MILLS-GREEN<br><br>    Plaintiffs,<br><br>vs.<br><br>THE CENTERLINE GROUP, INC.<br><br>    Defendant | Adv. Proc. No. 11-5211<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Date:** January 24, 2012<br>**Time:** 3:00 pm<br>**Dept.:** Court Room 2030<br>**Judge: Hon.** Arthur S. Weissbrodt |

The Parties have filed a stipulation to dismiss the case and submitted a proposed order.

Accordingly, the Plaintiffs would like the court to take the CMC off calendar and dismiss the case.

-1-

PLAINTIFFS JEFF GREEN AND PAMELA MILLS-GREEN'S CASE MANAGEMENT CONFERENCE STATEMENT

Dated: 1/17/12

WADE & SILVERSTEIN

By _____
AMIEL L. WADE

Attorneys for Plaintiffs
PLAINTIFF JEFF GREEN AND PAMELA
MILLS-GREEN'S

-2-

PLAINTIFFS JEFF GREEN AND PAMELA MILLS-GREEN'S CASE MANAGEMENT CONFERENCE STATEMENT

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am a citizen of the United states and employed in the county aforesaid; I am over the age of 18 years and not a party to the within action; my address is 8080 Santa Teresa Blvd., Suite #240; Gilroy, CA 95020.

On January 17, 2012, I served the foregoing documents described as: **CASE MANAGEMENT CONFERENCE STATEMENT**, to the parties below:

| Audrey Barris<br>P. O. Box 573<br>Pebble Beach, CA 93953 | The Centerline Group, Inc.<br>P.O. Box 1300<br>Menlo Park, CA 94026 |
|---|---|
| Jon G. Brooks<br>Law Office of Jon G. Brooks<br>941 W. Hedding St.<br>San Jose, CA 95126 | |

__X__ By First-Class Mail: (1013 (a), 2025.5 C.C.P) I caused such envelope with first-class postage thereon fully prepaid to be deposited in a recognized place of deposit of the United States mail in Gilroy CA, for collection and mailing to the office of the addressee following ordinary business practices.

____ By Personal Service: A true copy of said documents was delivered to the party at the address set forth above.

____ By Facsimile: I caused such document to be faxed to the facsimile number (identified above) of the addressee.

____ By Overnight Courier: I caused such envelope to be placed in a sealed package designated by the US Postal Service and deposited same for overnight delivery, with delivery fees provided for, with instructions to hand deliver the documents to the office of the addressee on the next business day.

I declare under penalty of perjury that the forgoing is true and correct and that this declaration was executed on January 17, 2012, at Gilroy, California.

_Irene Joven_ (signature)
Irene Joven

-1-

PROOF OF SERVICE